RANDY S. GROSSMAN
United States Attorney
SANDOR A. CALLAHAN
Assistant United States Attorney
California State Bar No. 318200
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 546-8413
Sandor.Callahan@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 23-MJ-2136-DDL |
|---|---|
| Plaintiff, | |
| v. | NOTICE OF APPEARANCE |
| TORRANCE HATCH, | |
| Defendant. | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD

I, the undersigned attorney, enter my appearance as lead counsel for the United States in the above-captioned case. I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive all Notices of Electronic Filings relating to activity in this case:

Name

**Michael G. Wheat**.

Effective this date, <u>the following attorneys are no longer associated with this case</u> and should <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case (if the generic "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this association):

Name

**None**.

Please feel free to call me if you have any questions about this notice.

DATED: June 16, 2023.

> Respectfully submitted,
>
> RANDY S. GROSSMAN
> United States Attorney
>
> *s/ Sandor Callahan*
> SANDOR A. CALLAHAN
> Assistant U.S. Attorney
> Attorneys for Plaintiff
> United States of America

2